COPY

1  Thaddeus J. Stauber (State Bar No. 225518)
2  tstauber@nixonpeabody.com
   NIXON PEABODY LLP
3  Gas Company Tower
4  555 West Fifth Street, 46th Floor
   Los Angeles, California 90013
5  Telephone: (213) 629-6000
6  Fax: (213) 629-6001

7  Bruce E. Copeland (State Bar No. 124888)
8  bcopeland@nixonpeabody.com
   NIXON PEABODY LLP
9  One Embarcadero Center, 18th Floor
10 San Francisco, California 94111-3600
   Telephone: (415) 984-8200
11 Fax: (415) 984-8300

12
   Attorneys for Defendants
13 CONSTELLATION BRANDS, INC. and
   CONSTELLATION WINES U.S., INC.
14

15          UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
16

17 MARK ZELLER, on behalf of himself and     Case No. cv10 8601 CAS VBKx
   others similarly situated,
18
19              Plaintiff,                    DECLARATION OF CHRISTOPHER
                                              M. MASON IN SUPPORT OF
20         v.                                 NOTICE OF REMOVAL OF CIVIL
                                              ACTION FROM STATE COURT
21 CONSTELLATION BRANDS, INC.;                PURSUANT TO 28 U.S.C. §§ 1332,
22 CONSTELLATION WINES U.S. INC.;             1441, AND 1446
   SICA CAVES DU SIEUR D'ARQUES;
23 AIMERY SIEUR D'ARQUES;                     Trial Date: None Set
24 VIGNERON DU SIEUR D'ARQUES;
   DOMAINE ET VIGNOBLE DU SUD,
25 formerly known as Société Ducasse; and
26 DOES 1 to 50 Inclusive,
27
                Defendants.
28

DECLARATION OF CHRISTOPHER M. MASON
IN SUPPORT OF NOTICE OF REMOVAL                                          13227467.2

CHRISTOPHER M. MASON, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares that:

1. I am a partner in the firm of Nixon Peabody LLP, counsel to Defendants Constellation Wines U.S., Inc. and Constellation Brands, Inc. (collectively, "Constellation") and have personal knowledge of the matters stated in this Declaration.

2. Following receipt of a copy of the Summons and Complaint in this action, I contacted Peter M. Brody of the law firm of Ropes & Gray LLP, United States counsel to Defendants SICA Caves du Sieur d'Arques, Aimery Sieur d'Arques, and Vigneron du Sieur d'Arques, to inquire whether those Defendants had been served with process in this action. As of my first call, they had not. My most recent call, made on November 5, 2010 with my partner Bruce E. Copeland, has not yet been returned.

3. Following receipt of a copy of the Summons and Complaint in this action, I had my partner Jerome Henry of our Paris office contact Maître Pierre Dunac, French counsel for Domaine et Vignoble du Sud (formerly known as Société Ducasse), to inquire whether that Defendant had been served with process in this action. Mr. Henry's call, made on November 4, 2010, has not yet been returned.

4. I reviewed the official docket of the Los Angeles Superior Court for this case on November 9, 2010. As of that date, no return, certificate, or affidavit of service had been filed with respect to any of SICA Caves du Sieur d'Arques, Aimery Sieur d'Arques, Vigneron du Sieur d'Arques, or Domaine et Vignoble du Sud (formerly known as Société Ducasse).

I declare under penalty of perjury that the foregoing is true and correct. Executed November 10, 2010 at New York, New York.



CHRISTOPHER M. MASON

-2-

DECLARATION OF CHRISTOPHER M. MASON
IN SUPPORT OF NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I, the undersigned, certify that I am employed in the City and County of Los Angeles, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Gas Company Tower, 555 West Fifth Street, Suite 4600, Los Angeles, California 90013 (213) 629-6000. On November 10, 2010, I served the following document(s):

**DECLARATION OF CHRISTOPHER M. MASON IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: By First-Class United States Mail – I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Los Angeles, California, for mailing to the office of the addressee following ordinary business practices.

Addressee(s)

See attached Service List

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 10, 2010, at Los Angeles, California.

_/s/ Heidi Ornelas_
Heidi Ornelas

# SERVICE LIST

<u>Zeller v. Constellation Brands, et al.</u>
United States District Court, Central District
Case No.: _____

| | |
|---|---|
| Eric B. Kingsley, Esq.<br>Brian Levine, Esq.<br>Kelsey Peterson-More, Esq.<br>KINGSLEY & KINGSLEY, APC<br>16133 Ventura Boulevard, Suite 1200<br>Encino, CA 91436 | Attorneys for Plaintiffs<br><br>Tel: 818-990-8300<br>Fax 818-990-2903<br>Emails: eric@kingsleykingsley.com;<br>blevine@kingsleykingsley.com;<br>kelsey@kingsleykingsley.com |
| Michael A. Caddell, Esq.<br>Cynthia B. Chapman, Esq.<br>Cory S. Fein, Esq.<br>CADDELL & CHAPMAN<br>1331 Lamar, Suite 1070<br>Houston, TX 77010 | Attorneys for Plaintiffs<br><br>Tel: 713-751-0400<br>Fax: 713-751-0906<br>Emails: mac@caddellchapman.com;<br>cbc@caddellchapman.com;<br>csf@caddellchapman.com |
| Peter M. Brody, Esq.<br>ROPES & GRAY LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948 | Attorneys for SDA Entities<br><br>Tel: 202-508-4600<br>Fax: 202-508-4650<br>Emails: |
| Rocky C. Tsai, Esq.<br>Thad A. Davis, Esq.<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4006 | Attorneys for SDA Entities<br><br>Tel: 415-315-6300<br>Fax: 415-315-6350<br>Emails: |

13232932.1