Sarah E. André (State Bar No. 236145)
sandre@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, California 90013
Telephone: (213) 629-6000
Fax: (213) 629-6001

Bruce E. Copeland (State Bar No. 124888)
bcopeland@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants
CONSTELLATION BRANDS, INC. and
CONSTELLATION WINES U.S., INC.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ZELLER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS, INC.; CONSTELLATION WINES U.S. INC.; SICA CAVES DU SIEUR D'ARQUES; AIMERY SIEUR D'ARQUES; VIGNERON DU SIEUR D'ARQUES; DOMAINE ET VIGNOBLE DU SUD, formerly known as Société Ducasse; and DOES 1 to 50 Inclusive,<br><br>Defendants. | Case No.: CV 10-8601 CAS (VBKx)<br><br>Los Angeles Superior Court Case No. BC443338<br><br>**ANSWER OF DEFENDANTS CONSTELLATION BRANDS, INC.; AND CONSTELLATION WINES U.S. INC.**<br><br>Trial Date: None Set |

-2-

Defendants Constellation Brands, Inc. ("Constellation Brands") and Constellation Wines U.S., Inc. ("Constellation Wines"), for their answer to Plaintiffs' Class Action Complaint (the "Complaint"), and for their cross-claims against their Co-Defendants, allege and state that they:

1. Deny the allegations in paragraph 1 of the Complaint that Constellation Brands and Constellation Wines committed any unlawful, unfair, or fraudulent business acts or practices or deceptive advertising in the marketing and sale of any wines labeled Pinot Noir to consumers, and otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph.

2. Deny the allegations in paragraph 2 of the Complaint, except admit that Constellation Wines bottles and labels pinot noir wine products, admit that Constellation Brands markets and sells pinot noir wine products, and state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

3. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint.

4. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint.

5. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. Deny the allegations in paragraph 6 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wine.

7. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

ANSWER TO CLASS ACTION COMPLAINT;
CASE NO. CV 10-8601 CAS (VBKx)

-3-

8. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.

9. Deny the allegations in paragraph 9 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wine.

10. Deny the allegations in paragraph 10 of the Complaint, except admit that Constellation Brands is incorporated in Delaware, that its headquarters, from which its corporate officers direct and control its activities, is in Victor, New York, and that it has operations in California.

11. Deny the allegations in paragraph 11 of the Complaint, except admit that Constellation Wines is incorporated in New York, that its headquarters, from which its corporate officers direct and control its activities, is in Canandaigua, New York, and that it has operations in California.

12. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.

13. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint.

14. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint.

15. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint.

16. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. Deny the allegations in paragraph 17 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

18. State that the allegations in paragraph 18 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute cited for its terms.

19. State that the allegations in paragraph 19 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

20. State that the allegations in paragraph 20 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

21. State that the allegations in paragraph 21 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

22. State that the allegations in paragraph 22 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

23. State that the allegations in paragraph 23 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

24. State that the allegations in paragraph 24 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

25. State that the allegations in paragraph 25 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

26. State that the allegations in paragraph 26 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

ANSWER TO CLASS ACTION COMPLAINT;
CASE NO. CV 10-8601 CAS (VBKx)

27. State that the allegations in paragraph 27 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

28. State that the allegations in paragraph 28 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

29. State that the allegations in paragraph 29 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

30. State that the allegations in paragraph 30 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

31. State that the allegations in paragraph 31 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

32. State that the allegations in paragraph 32 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

33. State that the allegations in paragraph 33 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, except refer to the statute and cases cited for their terms.

34. Admit the allegations in paragraph 34 of the Complaint.

35. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint.

36. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint, except deny any knowledge that any Constellation wine labeled as "Pinot Noir" was illegally cut with cheaper Merlot and Syrah grapes.

-5-

1    37.    Deny the allegations in paragraph 37 of the Complaint, except refer to the French decision cited for its terms.

2    38.    Deny the allegations in paragraph 38 of the Complaint.

3    39.    Deny the allegations in paragraph 39 of the Complaint.

4    40.    Deny the allegations in paragraph 40 of the Complaint.

5    41.    Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint.

6    42.    Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Complaint.

7    43.    Deny the allegations in paragraph 43 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

8    44.    Deny the allegations in paragraph 44 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines, and refer to the relevant federal regulations alleged for their terms.

9    45.    Deny the allegations in paragraph 45 of the Complaint, except refer to the regulations cited for their terms.

10    46.    Deny the allegations in paragraph 46 of the Complaint, except refer to the regulations cited for their terms.

11    47.    Deny the allegations in paragraph 47 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

12    48.    Deny the allegations in paragraph 48 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in

ANSWER TO CLASS ACTION COMPLAINT;
CASE NO. CV 10-8601 CAS (VBKx)

such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

49. Deny the allegations in paragraph 49 of the Complaint, except admit that Plaintiff seeks to represent the class alleged.

50. Deny the allegations in paragraph 50 of the Complaint.

51. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Complaint, except admit that Constellation Brands sold hundreds of thousands of bottles of wine labeled as Pinot Noir.

52. Deny the allegations in paragraph 52 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to whether joinder of all members of the proposed class is practicable.

53. Deny the allegations in paragraph 53 of the Complaint.

54. Deny the allegations in paragraph 54 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

55. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the Complaint.

56. Deny the allegations in paragraph 56 of the Complaint.

57. Deny the allegations in paragraph 57 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegation that Plaintiff is unaware of the difficulties that are likely to be encountered in the management of this action were it to be maintained as a class action.

58. Repeat and reallege the answers to paragraphs 1 through 57 of the Complaint as their answer to the allegations in paragraph 58 of the Complaint.

59. Deny the allegations in paragraph 59 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in

-7-

such paragraph as to Defendants other than Constellation Brands and Constellation Wines, and admit that Plaintiff purports to bring this action on the grounds described.

60. Deny the allegations in paragraph 60 of the Complaint, except refer to the statute alleged for its terms.

61. Deny the allegations in paragraph 61 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

62. Deny the allegations in paragraph 62 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

63. Deny the allegations in paragraph 63 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

64. Repeat and reallege the answers to paragraphs 1 through 63 of the Complaint as their answer to the allegations in paragraph 64 of the Complaint.

65. Deny the allegations in paragraph 65 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

66. Deny the allegations in paragraph 66 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

67. Deny the allegations in paragraph 67 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in

ANSWER TO CLASS ACTION COMPLAINT;
CASE NO. CV 10-8601 CAS (VBKx)

such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

68. Deny the allegations in paragraph 68 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

69. Deny the allegations in paragraph 69 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

70. Deny the allegations in paragraph 70 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

71. Repeat and reallege the answers to paragraphs 1 through 70 of the Complaint as their answer to the allegations in paragraph 71 of the Complaint.

72. Deny the allegations in paragraph 72 of the Complaint, except refer to the statute alleged for its terms.

73. Deny the allegations in paragraph 73 of the Complaint¸ except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

74. Deny the allegations in paragraph 74 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

75. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the Complaint.

76. Deny the allegations in paragraph 76 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

77. Repeat and reallege the answers to paragraphs 1 through 76 of the Complaint as their answer to the allegations in paragraph 77 of the Complaint.

78. Deny the allegations in paragraph 78 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

79. Deny the allegations in paragraph 79 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

80. Deny the allegations in paragraph 80 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

81. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 of the Complaint.

82. Deny the allegations in paragraph 82 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

83. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83 of the Complaint.

84. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 of the Complaint.

85. Deny the allegations in paragraph 85 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

86. Deny the allegations in paragraph 86 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

87. Deny the allegations in paragraph 87 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines, and refer to the statute alleged for its terms.

88. Deny the allegations in paragraph 88 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines, and refer to the statute alleged for its terms.

89. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the Complaint, except admit that Plaintiff purports to make the demand alleged in such paragraph.

90. Repeat and reallege the answers to paragraphs 1 through 89 of the Complaint as their answer to the allegations in paragraph 90 of the Complaint.

91. Deny the allegations in paragraph 91 of the Complaint, except refer to the statutes alleged for their terms.

92. Deny the allegations in paragraph 92 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

-11-

ANSWER TO CLASS ACTION COMPLAINT;
CASE NO. CV 10-8601 CAS (VBKx)

1    93.    Deny the allegations in paragraph 93 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

2    94.    Deny the allegations in paragraph 94 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

3    95.    Deny the allegations in paragraph 95 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

4    96.    Deny the allegations in paragraph 96 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

5    97.    Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 of the Complaint.

6    98.    Deny the allegations in paragraph 98 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

7    99.    Deny the allegations in paragraph 99 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

8    100.   Repeat and reallege the answers to paragraphs 1 through 99 of the Complaint as their answer to the allegations in paragraph 100 of the Complaint.

101. Deny the allegations in paragraph 101 of the Complaint.

102. Deny the allegations in paragraph 102 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

103. Deny the allegations in paragraph 103 of the Complaint, except refer to a letter from Plaintiff's counsel dated on or about July 21, 2010, as alleged in such paragraph for its terms, and lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

104. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104 of the Complaint.

105. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 of the Complaint.

106. Deny the allegations in paragraph 106 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

107. Lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 of the Complaint, except admit that Plaintiff purports to make the demand alleged in such paragraph.

108. Repeat and reallege the answers to paragraphs 1 through 107 of the Complaint as their answer to the allegations in paragraph 108 of the Complaint.

109. State that the allegations in paragraph 109 of the Complaint are legal argument not requiring an answer, and otherwise deny such allegations, referring to the relevant law of each jurisdiction for its terms.

110. Deny the allegations in paragraph 110 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in

such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

111. Deny the allegations in paragraph 111 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

112. Repeat and reallege the answers to paragraphs 1 through 111 of the Complaint as their answer to the allegations in paragraph 112 of the Complaint.

113. Deny the allegations in paragraph 113 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

114. Deny the allegations in paragraph 114 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

115. Deny the allegations in paragraph 115 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph as to Defendants other than Constellation Brands and Constellation Wines.

## Affirmative Defenses

### FIRST AFFIRMATIVE DEFENSE

116. The Complaint and each of Plaintiff's claims in this action should be dismissed for failure to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

117. Venue is not proper in this Court or this action should be transferred to another district pursuant to 28 U.S.C. § 1404(a).

### THIRD AFFIRMATIVE DEFENSE

118. Some of Plaintiff's claims in this action are barred by the application of law other than California law.

### FOURTH AFFIRMATIVE DEFENSE

119. Plaintiff's claims in this action are barred in whole or in part by relevant statutes of limitations in Sections 335.1, 337, 338, 339 and 340 of the California Code of Civil Procedure, by Section 17208 of the California Business and Professions Code, and by other applicable statutes of limitations under other jurisdictions' laws.

### FIFTH AFFIRMATIVE DEFENSE

120. Plaintiff's claims in this action are barred by one or more of the doctrines of laches, waiver, estoppel, bad faith, or unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

121. This Court lacks jurisdiction over some of Plaintiff's claims.

### SEVENTH AFFIRMATIVE DEFENSE

122. Plaintiff lacks standing to bring some or all of the claims in this action.

### EIGHTH AFFIRMATIVE DEFENSE

123. Some or all of the other Defendants in this action apart from Constellation Brands and Constellation Wines are indispensible parties and, absent jurisdiction over them, this action cannot proceed.

### NINTH AFFIRMATIVE DEFENSE

124. Plaintiff's alleged damages in this action are barred in whole or in part by his failure to mitigate such alleged damages.

### TENTH AFFIRMATIVE DEFENSE

125. Plaintiff's claims in this action fail to allege facts, or the requisite malice, fraud, and oppression, sufficient to state a claim for punitive or exemplary damages against Constellation Brands and Constellation Wines, and any such claim is further barred by the Fifth and Fourteenth Amendments of the United States Constitution and by the constitutions of California and other states.

## ELEVENTH AFFIRMATIVE DEFENSE

126. Plaintiff's claims are preempted in whole or in part by the compliance by Constellation Brands and Constellation Wines with the regulatory requirements of applicable regulatory schemes for the wines at issue in this action.

## TWELFTH AFFIRMATIVE DEFENSE

127. To the extent Sections 1431.1 through 1431.5 of the California Civil Code, known as the Fair Responsibility Act of 1986, apply to this action or any of Plaintiffs' claims in this action then, based upon principles of comparative fault, the liability, if any, of Constellation Brands and Constellation Wines for non-economic damages shall be several only, shall not be joint, and if either of them is deemed liable at all, shall be liable only for the amount of non-economic damages allocated to each Defendant in direct proportion to such Defendant's percentage of fault, and a separate and several judgment shall be rendered for non-economic damages, if any.

## THIRTEENTH AFFIRMATIVE DEFENSE

128. Plaintiff's alleged damages, if any, were proximately caused, in whole or in part, by persons, firms, entities, or others not within the control of Constellation Brands or Constellation Wines. In particular, to the extent Plaintiff can prove that any wines sold by Constellation Brands or Constellation Wines labeled as Pinot Noir from France were, in fact, not Pinot Noir as defined by applicable law, then some or all of Defendants SICA Caves du Sieur d'Arques, Aimery Sieur d'Arques, Vigneron du Sieur d'Arques, and Domaine et Vignoble du Sud (formerly known as Société Ducasse) or third parties have committed fraud, negligent misrepresentation, breach of warranty, breach of contract, or other wrongs against Constellation Brands and Constellation Wines, or are otherwise at fault, and are bound to indemnify and pay Constellation Brands and Constellation Wines for any and all damages suffered by Constellation Brands and Constellation Wines in this action and in defending this action. In addition, in the event of a finding of any liability in favor of plaintiff and against Constellation Brands or Constellation Wines, Constellation Brands or Constellation Wines request an

-16-

apportionment of fault, and a a judgment and declaration of indemnification and contribution against all other parties or persons in accordance with the apportionment of fault.

### FOURTEENTH AFFIRMATIVE DEFENSE

129. Plaintiff's claims in this action for recovery pursuant to California Business and Professions Code Section 17200 *et seq*. are barred with respect to penalties or liquidated damages of any nature.

### FIFTEENTH AFFIRMATIVE DEFENSE

130. Constellation Brands and Constellation Wines currently lack knowledge or information sufficient to form a belief as to whether they may have additional, as yet unstated, affirmative defenses in this action and therefore reserve the right to assert additional affirmative defenses in the future.

### SIXTEENTH AFFIRMATIVE DEFENSE

131. Constellation Brands and Constellation Wines oppose class certification and dispute the propriety of class treatment, but if any class were to be certified in this action over their objections, then Constellation Brands and Constellation Wines assert the affirmative defenses set forth above against each and every member of such class.

### SEVENTEENTH AFFIRMATIVE DEFENSE

132. Constellation Brands and Constellation Wines allege that Plaintiff and the putative class members are not entitled to equitable relief to the extent that they have adequate remedies at law.

WHEREFORE, Constellation Brands and Constellation Wines pray that the Court enter judgment as follows:

A. Dismissing the Complaint and all its claims as to Constellation Brands and Constellation Wines, with prejudice;

B. To the extent of any damages or costs ordered against Constellation Brands or Constellation Wines, awarding Constellation Brands or Constellation Wines or both

-17-

1  of them all such amounts as indemnity from one or more of their Co-Defendants in this
2  action;
3         C.     Awarding Constellation Brands and Constellation Wines their attorneys
4  fees, costs, and disbursements in defense of this action; and
5         D.     Granting them such other and further relief as the Court deems just and
6  proper.
7  Dated:  November 17, 2010

                                          Respectfully Submitted,
                                          NIXON PEABODY LLP


                               By:        /s/
                                          Sarah E. André
                                          (State Bar No. 236145)
                                          sandre@nixonpeabody.com
                                          NIXON PEABODY LLP
                                          Gas Company Tower
                                          555 West Fifth Street, 46th Floor
                                          Los Angeles, California 90013
                                          Telephone: (213) 629-6000
                                          Fax: (213) 629-6001

Bruce E. Copeland
(State Bar No. 124888)
bcopeland@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Of Counsel:
Christopher M. Mason (*pro hac vice* application pending)
cmason@nixonpeabody.com
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Fax: (212) 940-3111

-18-

**ANSWER TO CLASS ACTION COMPLAINT;**
**CASE NO. CV 10-8601 CAS (VBKx)**